IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SETH GANAHL,
Reg. #28942-009                                                                                    PLAINTIFF

VS.                                 4:16-CV-00015-BRW-JTR

JOHN STALEY, Sheriff of Lonoke County, *et al.*                                 DEFENDANTS

## ORDER

I have received the Recommendation of United States Magistrate Judge J. Thomas Ray (Doc. No. 54). No objections have been filed and the time for doing so has passed.[1]

After careful consideration of the Recommendation and a *de novo* review of the record in this case, I adopt the Recommendation as my findings in all respects. Accordingly, Defendant's Motion for Summary Judgment (Doc. No. 42) is DENIED.

IT IS SO ORDERED this 6th day of December, 2017.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Objections were due Thursday, November 30, 2017.